452 A.2d 1096

Yeneskie etc., Appellants v. Selected Risks Insurance Co.

 Argued December 16, 1981. Paul R. Sacks, for appellant; Hugh J. Hutchinson, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.
Order affirmed.

WICKERSHAM, J., filed a memorandum concurring statement.